# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| **Trustee** | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| **Assoc. Attorney** | | |

March 12, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:  04-10239        John A. Mekowski

To Whom It May Concern:

Enclosed please find check #920443 in the amount of $.09 representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

            Claim No.        Debtor refund

            Account#

            Creditor         John A. Mekowski
                             398 Livingston Ave.
                             Albany, NY 12206

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli